# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    DARYL H ASBURY                                   Case No.: 1-15-03534-HWV

                                                              Chapter 13

          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**         **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 7936 |
| Property Address if applicable: | 43 KNOB HILL ROAD, , DELTA, PA17314 |

**PART 2:**         **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $75.73 |
| b. | Prepetition arrearages paid by the Trustee: | $75.73 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $75.73 |

**PART 3:**         **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 20, 2020                        Respectfully submitted,

                                             s/ Charles J. DeHart, III, Trustee
                                             Standing Chapter 13 Trustee
                                             Suite A, 8125 Adams Drive
                                             Hummelstown, PA  17036
                                             Phone:  (717) 566-6097
                                             Fax:  (717) 566-8313
                                             eMail: dehartstaff@pamd13trustee.com

Creditor Name: M & T BANK
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 0050  | 1150130 | 06/14/2016 | $18.12    | $0.00    | $18.12     |
| 0050  | 1154689 | 09/01/2016 | $28.02    | $0.00    | $28.02     |
| 0050  | 1159525 | 12/06/2016 | $27.84    | $0.00    | $27.84     |
| 0050  | 1161102 | 01/12/2017 | $1.75     | $0.00    | $1.75      |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DARYL H ASBURY

Case No.: 1-15-03534-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 20, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JAMES H. TURNER, ESQUIRE<br>TURNER AND O'CONNELL<br>915 N MOUNTAIN ROAD, SUITE D<br>HARRISBURG PA, 17112- | SERVED ELECTRONICALLY |
| M&T BANK<br>PO BOX 1288<br>BUFFALO, NY, 14240 | SERVED BY 1ST CLASS MAIL |
| DARYL H ASBURY<br>43 KNOB HILL ROAD<br>DELTA, PA 17314 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 20, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com